UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80040-CIV-MARRA

DONALD SOLODAR and CAROLLEE SOLODAR,

Plaintiffs,

vs.

OLD PORT COVE LAKE POINT TOWER
CONDOMINIUM ASSOCIATION, INC., et al,

Defendants.
_____/

## VERDICT FOR OLD PORT COVE LAKE POINT TOWER CONDOMINIUM ASSOCIATION, INC.

Do you find from a preponderance of the evidence:

1) That Mrs. Solodar has a disability?

Answer Yes or No __YES__

If you answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict. If your answer is "Yes," go to the next question.

2) That Mr. and Mrs. Solodar requested an accommodation?

Answer Yes or No __YES__

If you answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict. If your answer is "Yes," go to the next question.

3) That a reasonable accommodation was necessary to afford Mrs. Solodar an opportunity to use and enjoy her dwelling?

Answer Yes or No __YES__

If you answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict. If your answer is "Yes," go to the next question.

1

4) That Old Port Cove Lake Point Tower Condominium Association, Inc. failed to provide a reasonable accommodation?

Answer Yes or No   **YES**

If you answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict. If your answer is "Yes," go to the next question.

5) That Plaintiffs' requested accommodation would have imposed an undue hardship on the operation of Old Port Cove Lake Point Tower Condominium Association, Inc. ?

Answer Yes or No   **NO**

If you answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict. If your answer is "No," go to the next question.

6) That Mrs. Solodar should be awarded damages to compensate her for net economic damages to the date of your verdict?

Answer Yes or No   **NO**

If the answer is "Yes," in what amount?  $_____

7) That Mr. Solodar should be awarded damages to compensate him for net economic damages to the date of your verdict?

Answer Yes or No   **NO**

If the answer is "Yes," in what amount?  $_____

8) That Mrs. Solodar should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No   **NO**

If the answer is "Yes," in what amount?  $_____

9) That Mr. Solodar should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No   **NO**

If the answer is "Yes," in what amount?  $_____

If you did not award damages in response to either Questions 6, 7, 8 or 9, this ends your deliberations, and your foreperson should sign and date the last page of this verdict . If you awarded damages in response to Questions 6, 7, 8, or 9  (some or all), go the next question.

10) That punitive damages should be awarded against Old Port Cove Lake Point Tower Condominium Association, Inc. ?

Answer Yes or No _____

If the answer is "Yes," in what amount?  $_____

SO SAY WE ALL

_____
Foreperson's Signature

Date: 10/31/2013